**George Hall, Sergeant, Illinois State Police, Plaintiff-Appellee, v. Department of Public Safety of the State of Illinois, et al., Defendants-Appellants.**

**Gen. No. 47,850.** 

First District, First Division.

February 1, 1960.

Released for publication February 24, 1960.

Grenville Beardsley, Attorney General of the State of Illinois (William C. Wines, Raymond S. Sarnow, A. Zola Groves, and Theodore G. Maheras, Assistant Attorneys General, of counsel) for defendants-appellants; Foster and Richards (Irvin J. Jacobson, of counsel) for plaintiff-appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.